# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2008

Clifford W. Taylor,
Chief Justice

136065 (61)(62)
136096

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LISA FEDEWA, Personal Representative of the
Estate of Nicholas Ryan Fedewa,
       Plaintiff-Appellee,

v

       SC: 136065
       COA: 274088
       Macomb CC: 2005-002126-NO

ROBERT CLANCY CONTRACTING, INC.,
       Defendant, Cross-Defendant-Appellant,
and

BAY-RAMA, INC.,
       Defendant, Cross-Plaintiff-Appellee.
_____/

LISA FEDEWA, Personal Representative of the
Estate of Nicholas Ryan Fedewa,
       Plaintiff-Appellee,

v

       SC: 136096
       COA: 274088
       Macomb CC: 2005-002126-NO

ROBERT CLANCY CONTRACTING, INC.,
       Defendant, Cross-Defendant-Appellee,
and

BAY-RAMA, INC.,
       Defendant, Cross-Plaintiff-Appellant.
_____/

     On order of the Court, the motion for immediate consideration is GRANTED. In light of the parties' representation that they have reached a tentative settlement of their dispute, the motion to lift the stay of trial court proceedings is GRANTED. The applications for leave to appeal remain pending.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2008
                                                       Clerk

t0715